COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| IN RE | § | No. 08-25-00156-CR |
| | § | |
| JOE FEIJOO, | | AN ORIGINAL PROCEEDING |
| | § | |
| Relator. | | IN MANDAMUS |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Francisco X. Dominguez of the 448th District Court of El Paso County, Texas and concludes that Relator's petition for writ of mandamus should be denied.   We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED this 30th day of May 2025.


GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.